LAW OFFICES OF ALLISON POLESKY, P.C.
511 Avenue of the Americas, Suite 712
New York, NY 10011
Tel: 866-479-9500
Fax: 866-688-4300
ConsumerRightsLawyer@gmail.com

Allison Polesky, Esq.  
Member of the New York Bar

Of Counsel  
Eric M. Milner, Esq.  
Member of the NY, NJ & CT Bars

May 3, 2012

**VIA ECF**

Magistrate Judge A. Kathleen Tomlinson
United States District Court, Southern District of New York
100 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014

  RE: **Melissa Polesky & Lois Polesky v. Simm Associates, Inc. &**
     **American Education Services**
     **2:12-cv-00848-ADS-AKT**
     **Our File No.: 1036**

Your Honor,

  This firm represents the Plaintiffs in the above-referenced matter brought under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

  Plaintiffs have settled this matter with Defendant Simm Associates, Inc.

  As such, Plaintiffs will not be filing a response to Defendant American Education Services' motion to dismiss Plaintiffs complaint.

  Thank you for your attention herein.

             Sincerely,

             Allison Polesky, Esq.

Cc: Adam B. Michaels Esq. via facsimile & regular mail
   Simm Associates Inc. via facsimile & regular mail