IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA POLESKY & LOIS POLESKY,<br><br>Plaintiffs,<br><br>v.<br><br>SIMM ASSOCIATES, INC.,<br>& AMERICAN EDUCATION SERVICES<br><br>Defendants. | STIPULATION OF DISCONTINUANCE WITH PREJUDICE AMERICAN EDUCATION SERVICES ONLY<br><br>2:12-CV-00848-ADS-AKT |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for the Plaintiffs and Defendant American Education Services to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:   New York, New York
         April 26, 2012

| | |
|---|---|
| **PEPPER HAMILTON LLP** | **LAW OFFICES OF ALLISON POLESKY, P.C.** |
| By: _/s/ Adam B. Michaels_<br>Adam B. Michaels (AM9120)<br>*Attorney for Defendant*<br>American Education Services<br>620 8th Avenue<br>New York, NY 10018<br>Tel: (212) 808-2700 | By: _/s/ Allison Polesky_<br>Allison D. Polesky (AP5446)<br>*Attorney for Plaintiffs*<br>511 Avenue of the Americas, Suite 712<br>New York, New York 10011<br>Tel: (866) 479-9500 |

**SO ORDERED:**

_____
U.S.D.J.