IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA POLESKY & LOIS POLESKY, | ) STIPULATION OF ~~DISCONTINUANCE~~ ADS |
| Plaintiffs, | ) WITH PREJUDICE USDJ |
| | ) ~~AMERICAN EDUCATION SERVICES ONLY~~ |
| v. | ) |
| | ) 2:12-CV-00848-ADS-AKT |
| SIMM ASSOCIATES, INC., & AMERICAN EDUCATION SERVICES | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiffs and Defendant American Education Services to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice and without costs to any party as against any other party.

Dated:   New York, New York
         April 26, 2012

PEPPER HAMILTON LLP

By: _____
Adam B. Michaels (AM9120)
*Attorney for Defendant*
American Education Services
620 8th Avenue
New York, NY 10018
Tel: (212) 808-2700
Case Closed

SO ORDERED:
  /s/ Arthur D. Spatt
_____
U.S.D.J.   5/16/12

LAW OFFICES OF ALLISON POLESKY, P.C.

By: _____
Allison D. Polesky (AP5446)
*Attorney for Plaintiffs*
511 Avenue of the Americas, Suite 712
New York, New York 10011
Tel: (866) 479-9500